**ROYAL OAK SCHOOL DISTRICT,**
**Plaintiff–Appellee,**

v.

**CONTINENTAL CASUALTY COMPANY, Defendant–Appellant.**

No. 89–2127.

United States Court of Appeals,
Sixth Circuit.

Sept. 19, 1990.

Before MILBURN and NELSON, Circuit Judges, and LIVELY, Senior Circuit Judge.

## ORDER

Upon consideration of the petitions for rehearing before the original panel filed by both the appellant and the appellee.

It is ORDERED that the petitions be, and they hereby are, DENIED.

Furthermore, upon consideration of the appellee's motion for clarification of the court's August 22, 1990 opinion,

It is ORDERED that the motion be, and it hereby is, granted.